WILLIAM B. ANDERSON, as Ancillary Administrator of the Estate of MARY E. PURKESS, Deceased, Respondent, v. DOROTHY F. DUGGAN et al., Appellants.

*Anderson* v. *Duggan*, 137 App. Div. 899, affirmed.
(Argued January 10, 1912; decided January 30, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered March 31, 1910, which affirmed an order of Special Term denying a motion to charge Duncan W. C. Purkess with the costs of this action as being the virtual plaintiff and real party in interest.

*L. A. Gould* for appellants.

*John C. Jackson* for respondent.

Order affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, VANN, WERNER, WILLARD BARTLETT, CHASE and COLLIN, JJ.